UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RENATTA A. PIATEK,

Plaintiff,

v.

STANISLAW W. PIATEK,

Defendant.

CASE NO. C05-463C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court hereby directs Defendant Stanislaw Piatek to file a response to Plaintiff Renatta Piatek's Motion for Temporary Restraining Order (Dkt. No. 5) by Friday, May 13, 2005 at 12:00 p.m. The response shall not exceed eight pages.


DATED this 11th day of May, 2005.

BRUCE RIFKIN, Clerk of Court


By  /s/ L. Simle
Deputy Clerk

MINUTE ORDER – 1