UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENATTA A. PIATEK,<br><br>                Plaintiff,<br><br>        v.<br><br>STANISLAW W. PIATEK,<br><br>                Defendant. | CASE NO. C05-463C<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, Chief United States District Judge:

The Court hereby CONTINUES the deadline for Defendant Stanislaw Piatek to file a response to Plaintiff Renatta Piatek's Motion for Temporary Restraining Order (Dkt. No. 5). Defendant's response shall be filed by Monday, May 16, at 12:00 p.m. The response shall not exceed eight pages.

DATED this  12th  day of May, 2005.

BRUCE RIFKIN, Clerk of Court

By   /s/ L. Simle
        Deputy Clerk

MINUTE ORDER – 1